**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Joseph W Policastro <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3520 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 20–10802–MBK | |

# Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Joseph W Policastro

2/17/21

**By the court:** Michael B. Kaplan
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 20-10802-MBK
Joseph W Policastro  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3
Date Rcvd: Feb 17, 2021      Form ID: 3180W      Total Noticed: 47

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph W Policastro, 233 anderson Rd, Clinton, NJ 08809-1003 |
| cr | + | QUICKEN LOANS INC., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518666403 | + | Century 21, PO Box 659707, San Antonio, TX 78265-9707 |
| 518666404 | + | Chase Automotive, PO Box 78062, Phoenix, AZ 85062-8062 |
| 518666409 | + | Clinton Township, 1225 Rt 31 South, Lebanon, NJ 08833-3265 |
| 518666413 | + | Home Depot, PO Box 183175, Columbus, OH 43218-3175 |
| 518720084 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518747200 | | M&T Bank, PO Box 1508, Buffalo NY 14240-1508 |
| 518666417 | + | Quicken Loans, PO Box 6577, Carol Stream, IL 60197-6577 |
| 518765518 | | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 518666419 | + | Unity Bank, 64 Old Highway 22, Clinton, NJ 08809-1386 |
| 518758455 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 17 2021 21:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 17 2021 21:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518666399 | + | EDI: CITICORP.COM | Feb 18 2021 01:28:00 | AT&T, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 518666398 | + | EDI: AMEREXPR.COM | Feb 18 2021 01:28:00 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 518701482 | | EDI: BECKLEE.COM | Feb 18 2021 01:28:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518666400 | + | EDI: HFC.COM | Feb 18 2021 01:28:00 | Best Buy, PO Box 17298, Baltimore, MD 21297-1298 |
| 518666401 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Feb 17 2021 23:47:04 | Best Egg, 1523 Concord Pike, Wilmington, DE 19803-3653 |
| 518666407 | | EDI: CITICORP.COM | Feb 18 2021 01:28:00 | Citi Cards, PO Box 182564, Columbus, OH 43218 |
| 518666402 | + | EDI: CAPITALONE.COM | Feb 18 2021 01:28:00 | Capital One, PO Box 26074, Richmond, VA 23260-6074 |
| 518695180 | + | EDI: AIS.COM | Feb 18 2021 01:28:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518666408 | + | EDI: CITICORP.COM | Feb 18 2021 01:28:00 | Citibank, 701 E 60th St, Sioux Falls, SD 57104-0493 |
| 518748605 | | EDI: CITICORP.COM | Feb 18 2021 01:28:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, |

Case 20-10802-MBK    Doc 38    Filed 02/19/21    Entered 02/20/21 00:22:27    Desc Imaged
                                Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 17, 2021 | Form ID: 3180W | Total Noticed: 47 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | SD 57108-5027 |
| 518666410 | + | EDI: WFNNB.COM | Feb 18 2021 01:28:00 | Comenity Bank, PO Box 659584, San Antonio, TX 78265-9584 |
| 518666412 | | EDI: DISCOVER.COM | Feb 18 2021 01:28:00 | Discover, PO Box 15156, Wilmington, DE 19886-1002 |
| 518666415 | | EDI: CITICORP.COM | Feb 18 2021 01:28:00 | Macys, PO Box 183083, Columbus, OH 43218 |
| 518748158 | | EDI: Q3G.COM | Feb 18 2021 01:28:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518676636 | | EDI: DISCOVER.COM | Feb 18 2021 01:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518768922 | | EDI: JEFFERSONCAP.COM | Feb 18 2021 01:28:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518666406 | | EDI: JPMORGANCHASE | Feb 18 2021 01:28:00 | Chase Bank Card Services, PO Box 15153, Wilmington, DE 19886 |
| 518734172 | | EDI: CHASEAUTO | Feb 18 2021 01:28:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 518768807 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 17 2021 23:47:55 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518768808 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 17 2021 23:39:07 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, c/o Resurgent Capital Services 29603-0587 |
| 518685784 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 17 2021 23:47:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518666414 | + | EDI: RMSC.COM | Feb 18 2021 01:28:00 | Lowes, PO Box 530914, Atlanta, GA 30353-0914 |
| 518666416 | + | EDI: RMSC.COM | Feb 18 2021 01:28:00 | PC Richards, PO Box 960061, Orlando, FL 32896-0061 |
| 518759463 | | EDI: PRA.COM | Feb 18 2021 01:28:00 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 518705476 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 17 2021 21:26:00 | QUICKEN LOANS INC., QUICKEN LOANS INC., BANKRUPTCY TEAM, 635 WOODWARD AVE., DETROIT MI 48226-3408 |
| 518756940 | | EDI: Q3G.COM | Feb 18 2021 01:28:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518699051 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 17 2021 23:39:10 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518666418 | + | EDI: RMSC.COM | Feb 18 2021 01:28:00 | Synchrony Bank, PO Box 96001, Orlando, FL 32896-0001 |
| 518667569 | + | EDI: RMSC.COM | Feb 18 2021 01:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518666420 | + | EDI: RMSC.COM | Feb 18 2021 01:28:00 | Walmart, PO Box 9600023, Orlando, FL 32896-0001 |
| 518666421 | + | EDI: WFFC.COM | Feb 18 2021 01:28:00 | Wells Fargo, PO Box 5169, Sioux Falls, SD 57117-5169 |
| 518769577 | | EDI: WFFC.COM | Feb 18 2021 01:28:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518666422 | + | EDI: WFFC.COM | Feb 18 2021 01:28:00 | Wells Fargo Dealer Services, PO Box 3569, |

Rancho Cucamonga, CA 91729-3569

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518666397 |  | Mazda Financial |
| 518701584 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518716886 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518666405 | *+ | Chase Automotive, PO Box 78062, Phoenix, AZ 85062-8062 |
| 518666411 | *+ | Comenity Bank, PO Box 659584, San Antonio, TX 78265-9584 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 19, 2021         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Andre L. Kydala | on behalf of Debtor Joseph W Policastro kydalalaw@aim.com  kydalalaw@aim.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4